**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 05-50139-PHX-DGC |
| Plaintiff, | ) | |
| vs. | ) | |
| Miguel Angel Herrera-Sainz, | ) | **ORDER** |
| Defendant. | ) | |

An initial appearance on the Petition on Supervised Release was held on November 16, 2005.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 46(c) FED.R.CRIM.P. that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1  **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3  DATED this 18th day of November, 2005.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge